## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Julie A. Strain                                     CHAPTER 13
        Bryan P. Strain
            Debtor(s)                         BKY. NO. 17-11608 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LAKE MICHIGAN CREDIT UNION and index same on the master mailing list.


                             Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
11 May 2022, 15:49:23, EDT


             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 627-1322