United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11608-amc |
| Julie A Strain | Chapter 13 |
| Bryan P Strain | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Julie A Strain, Bryan P Strain, 456 Thatcher Rd, Springfield, PA 19064-2912 |
| cr | + | Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 14036066 | + | Jeanne Marie Cella, Esq., 215 N. Olive Ste, Ste 101, Media, PA 19063-2838 |
| 14690500 | + | LAKE MICHIGAN CREDIT UNION, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13878981 | + | Lake Michigan credit union, Po box 2848, Grand Rapids, MI 49501-2848 |
| 13912175 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13878986 | + | Wells Fargo dealer services, Po box 17900, Denver, CO 80217-0900 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 09 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 00:13:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13878977 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2022 00:13:48 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 13878978 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 09 2022 00:13:48 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13878979 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 09 2022 00:06:00 | Irs, 600 Arch st, Philadelphia, PA 19106 |
| 13878980 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2022 00:07:00 | Jefferson Capital Sys, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 13895011 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 00:13:41 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13929662 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2022 00:07:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13878982 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 09 2022 00:13:34 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 13878983 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2022 00:07:00 | Midland Funding, 2365 Northside Dr, Ste 30, San Diego, CA 92108-2710 |
| 13878984 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2022 00:13:34 | Portfolio Recovery Assoc, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502 |
| 13969172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2022 00:13:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13879334 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 09 2022 00:13:39 | PRA Receivables Management, LLC, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 41021, Norfolk, VA 23541-1021 |
| 13955720 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 00:13:34 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 13914014 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13878985 | | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 00:13:32 | Syncb/walmart, PO Box 965024, El Paso, TX 79998 |
| 13965830 | | Email/Text: EDBKNotices@ecmc.org | Jun 09 2022 00:06:00 | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |
| 13936149 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 09 2022 00:13:41 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13920257 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2022 00:13:39 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13929663 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2022                Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HEATHER STACEY RILOFF | on behalf of Creditor Lake Michigan Credit Union logsecf@logs.com Michelle@mvrlaw.com |
| JEANNE MARIE CELLA | on behalf of Debtor Julie A Strain paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Bryan P Strain paralegal@lawjmc.com pennduke@gmail.com;r46298@notify.bestcase.com |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| POLLY A. LANGDON | |

District/off: 0313-2 | User: admin | Page 3 of 3

Date Rcvd: Jun 08, 2022 | Form ID: pdf900 | Total Noticed: 26

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor Lake Michigan Credit Union bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  BRYAN P. STRAIN<br>  JULIE A. STRAIN<br><br>        Debtors | Chapter 13<br><br>Bankruptcy No. 17-11608-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: June 8, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE