| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 17-11608-AMC

BRYAN P. STRAIN
JULIE A. STRAIN
456 THATCHER RD
SPRINGFIELD  PA    19064

Petition Filed Date: 03/07/2017
341 Hearing Date: 05/19/2017
Confirmation Date: 01/16/2019

Case Status: Dismissed After Confirmation on 6/ 8/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/17/2021 | $2,000.00 | 5164959487 | 05/17/2021 | $650.00 | 5165159517 | 06/10/2021 | $2,531.00 | 5166910744 |
| 08/12/2021 | $2,000.00 | 5167216745 | 09/23/2021 | $2,800.00 | 2008688157 | 10/19/2021 | $2,600.00 | 5168493509 |
| 01/25/2022 | $2,500.00 | | 02/08/2022 | $4,500.00 | | 02/22/2022 | $500.00 | |
| 03/10/2022 | $350.00 | | 03/14/2022 | $350.00 | | 04/25/2022 | $500.00 | |
| 05/04/2022 | $800.00 | | 06/14/2022 | $300.00 | | | | |

**Total Receipts for the Period:  $22,381.00    Amount Refunded to Debtor Since Filing:  $306.91    Total Receipts Since Filing: $101,675.34**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | LAKE MICHIGAN CREDIT UNION<br>»» 006 | Mortgage Arrears | $47,990.53 | $47,990.53 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 008 | Unsecured Creditors | $996.92 | $597.55 | $399.37 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $196.66 | $117.88 | $78.78 |
| 5 | ECAST SETTLEMENT CORPORATION<br>»» 005 | Unsecured Creditors | $1,173.30 | $703.28 | $470.02 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $24,079.96 | $24,079.96 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $3,482.54 | $2,087.43 | $1,395.11 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $4,145.26 | $2,484.66 | $1,660.60 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $868.85 | $520.79 | $348.06 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04P | Priority Crediors | $825.70 | $825.70 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 04U | Unsecured Creditors | $39.00 | $16.45 | $22.55 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $169.57 | $101.64 | $67.93 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $133.52 | $80.03 | $53.49 |
| 10 | PYOD LLC<br>»» 010 | Unsecured Creditors | $1,746.77 | $1,047.01 | $699.76 |
| 11 | US DEPARTMENT OF EDUCATION<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 3 | WELLS FARGO DEALER SERVICES<br>»» 003 | Secured Creditors | $10,632.26 | $10,632.26 | $0.00 |
| 999 | BRYAN P. STRAIN<br>»» 999 | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 14 | JEANNE MARIE CELLA ESQ<br>»» 014 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | BRYAN P. STRAIN | Debtor Refunds | $306.91 | $306.91 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $101,675.34 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $93,092.08 | Arrearages: | $0.00 |
| Paid to Trustee: | $8,583.26 | Total Plan Base: | $107,779.42 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.